*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

MICHIGAN STATE POLICE TROOPERS ASSOCIATION, INC.,

UNPUBLISHED
July 16, 2020

Plaintiff-Appellant,

v

No. 350863
Court of Claims
LC No. 19-000030-MK

DEPARTMENT OF STATE POLICE,

Defendant-Appellee.

Before: CAVANAGH, P.J., and BECKERING and GLEICHER, JJ.

BECKERING J. (*concurring*).

I concur in the result only.

/s/ Jane M. Beckering